COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 July 19, 2017
 No. 10-16-00269-CR
 RAYMOND WEBER
 v.
 THE STATE OF TEXAS
 
 
 center-4254500
 From the County Court at Law
 Walker County, Texas
 Trial Court No. 15-0773
 
--------------------------------------------------------------------------------
JUDGMENT

 This proceeding has been considered by the Court. It is the judgment of this Court that the trial court's Judgment of Conviction by Jury -- Community Supervision signed on June 20, 2016 is affirmed. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
1303200823680000 Nita Whitener, Deputy Clerk